BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8973
    Facsimile:  415-744-0134
    E-Mail:  susan.l.smith@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| CRYSTAL STEVENS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | Case No. 2:13-cv-01181-CMK<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO ANSWER AND FILE THE CERTIFIED ADMINSTRATIVE RECORD** |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days to file Defendant's Answer and the Certified Administrative Record.  The parties seek this extension to give Defendant adequate time to create and file a complete Certified Administrative Record.

      The current due date is January 14, 2014.  The new due date will be February 13, 2014. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1- Stip. and Proposed Order for an Ext. of Time; 2:13-cv-01181-CMK

Respectfully submitted,

Dated: January 14, 2014          /s/ *Robert Weems*
                                 (By email authorization on January 14, 2014)
                                 ROBERT WEEMS
                                 Attorney for Plaintiff


Dated: January 14, 2014          BENJAMIN B. WAGNER
                                 United States Attorney


                          By:    /s/ *Susan L. Smith*
                                 SUSAN L. SMITH
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant


<u>ORDER</u>

APPROVED AND SO ORDERED.


Dated:  January 30, 2014                    _____
                                            CRAIG M. KELLISON
                                            UNITED STATES MAGISTRATE JUDGE

2- Stip. and Proposed Order for an Ext. of Time; 2:13-cv-01181-CMK