Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA  94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CRYSTAL STEVENS,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant | Case No:  2:13-cv-01181-CMK<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

WHEREAS, Counsel of Record Robert C. Weems requires additional time to draft a summary judgment motion; and

WHEREAS, an additional extension of 30 days is appropriate due to: (i) evaluating the lengthy administrative record of 525 pages; (ii) Mr. Weems' relief attorney is ill and unable to assist in developing brief; and (iii) Mr. Weems' staff assistant is also ill and able to work only part time; (iv) Mr. Weems other constraints are trying to address 1700 and 572 pages on criminal matter motions which have been rescheduled, and is not requested for an improper purpose.  See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986).

NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to a thirty (30) days extension of all deadlines in this action.

1

Stipulation and Order

1  Plaintiff's motion for summary judgment will now be due on April 14, 2014, with
2  Defendant's brief due May 14, 2014. This is counsel's first request for additional time.
3
4
5
6  SO STIPULATED AND AGREED:

7  For Plaintiff:                              For Defendant:
   WEEMS LAW OFFICES                           BENJAMIN B. WAGNER
8                                              United States Attorney
9                                              DONNA L. CALVERT
                                               Acting Regional Chief Counsel,
10                                             Region IX
11                                             Social Security Administration

12 /s/Robert C. Weems                    By:  /s/ Susan L. Smith
13 Robert C. Weems, Attorney for              Special Assistant United States
   Plaintiff                                  Attorney and Attorney for the
14                                            Defendant (per e-mail authorization by
15                                            Jennifer Lee Tarn on behalf Susan
                                              Smith)
16
17
18 SO ORDERED:
19 Dated:  March 21, 2014
20                                             CRAIG M. KELLISON
                                               UNITED STATES MAGISTRATE JUDGE
21                                             ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
22                                             CRAIG M. KELLISON
                                               MAGISTRATE JUDGE OF THE
23                                             UNITED STATES DISTRICT COURT
24
25
26
27
28
                                     2
   Stipulation and Order

DECLARATION OF CONCURRENCE OF SIGNATURE

LOCAL RULE 131, X

I, Robert C. Weems, hereby declare and attest that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) whose signature is indicated by the notation " /s/ [name of signatory]."[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Robert C. Weems
Robert C. Weems

---

[1] The filer shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any) unless filer has attached a scanned image of the signature page(s) of the document being electronically filed in lieu of maintaining the paper record for subsequent production if required.