BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8973
    Facsimile: (415) 744-0134
    E-Mail: Susan.L.Smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| CRYSTAL STEVENS,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:13-cv-01181-CMK<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to: (1) further evaluate the claimant's mental impairments at steps 2 and 3 of the sequential evaluation process, using medical expert testimony, if warranted, to provide a longitudinal overview of the

claimant's mental impairments and to further assist in evaluating the claimant's intellectual functioning; (2) further evaluate the claimant's maximum RFC in clear functional terms, with specific reference to the opinion evidence of record in support of the assessed limitations, and to clearly articulate the weight accorded such evidence; (3) in so doing, further evaluate the claimant's subjective complaints under SSR 96-7p; and (4) reevaluate the step 4 and 5 findings and obtain vocational expert testimony.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner. Nothing in this proposed order shall be taken to affect Plaintiff's right to request Equal Access to Justice Act (EAJA) attorney's fees under 28 U.S.C. § 2412, or costs under 28 U.S.C. § 1920, or to prevent Defendant from opposing any such requests.

Respectfully submitted,

Dated: July 11, 2014         */s/ Robert Weems\**
                             ROBERT WEEMS
                             Attorney for Plaintiff
                             (*as authorized by e-mail on 7/11/13)


Date: July 15, 2014          BENJAMIN B. WAGNER
                             United States Attorney
                             DONNA L. CALVERT
                             Regional Chief Counsel

                             By */s/ Susan L. Smith*
                             SUSAN L. SMITH
                             Special Assistant U. S. Attorney
                             Attorneys for Defendant

//
//
//
//
//
//
//

**ORDER**

APPROVED AND SO ORDERED.  ALL PENDING MOTIONS (DOCS. 18 and 19) ARE DENIED AS MOOT.  THE CLERK OF THE COURT IS DIRECTED TO ENTER FINAL JUDGMENT AND CLOSE THIS FILE.

Dated:  July 29, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE