Robert C Weems (CA SBN 148156)
Margaret M. Weems (CA SBN 164030)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
    rcweems@weemslawoffices.com

Attorneys for Defendant
    CRYSTAL STEVENS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL STEVENS,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security,<br><br>    Defendant. | Case No. 2:13-cv-01181-CMK<br><br>ORDER AND<br>STIPULATION AWARDING EAJA FEES |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff, CRYSTAL STEVENS, will be awarded attorney fees and costs in the amount of:

    Two Thousand Five Hundred Twenty-Nine Dollars and Two Cents ($2,529.02)

pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and 28 U.S.C. §1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in the amount of 2,466.72 and recoverable costs in the amount of $62.30 in connection with this civil action in accordance with 28 U.S.C. §§ 2412(d) and 1920.

    After the Court issues an order for EAJA fees to plaintiff, the Defendant will consider any assignment of EAJA fees to attorney. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order

for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees shall be made payable to CRYSTAL STEVENS, but if the Department of the Treasury determines that CRYSTAL STEVENS does not owe a federal debt, then the government shall cause the payment of fees to be made directly to the Mr. Robert C. Weems plaintiff's attorney or record, pursuant to any assignment executed by Plaintiff. Any payments made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and recoverable costs and does not constitute an admission of liability on the part of Defendant.

SO STIPULATED AND AGREED, this 21st day of October, 2014

| WEEMS LAW OFFICES | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel |
|---|---|
| /s/Robert C. Weems<br>ROBERT C. WEEMS,<br>Attorney for Plaintiff,<br>CRYSTAL STEVENS | By: /s/ Susan L. Smith<br>SUSAN L. SMITH<br>Special Assistant U. S. Attorney<br>Attorneys for Defendant<br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security, |

## ORDER

PURSUANT TO THE TERMS OF THE FOREGOING STIPULATION OF THE PARTIES, DEFENDANT SHALL PAY TO PLAINTIFF OR PLAINTIFF'S COUNSEL THE AMOUNT OF TWO THOUSAND FIVE HUNDRED TWENTY-NINE DOLLARS AND TWO CENTS ($2,529.02) AS AN AWARD FOR FEES AND COSTS PURSUANT TO 28 USC U.S.C. §§ 2412(D) AND 1920

SO ORDERED:


Dated:  October 29, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE